```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

**MICHAEL D. WEYANT,**              :
                                    :
      **Plaintiff**            :      No. 1:13-CV-02602
                                    :
   vs.                              :      (Judge Kane)
                                    :
**CAROLYN W. COLVIN, ACTING**       :
**COMMISSIONER OF SOCIAL**          :
**SECURITY,**                       :
                                    :
      **Defendant**            :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Michael D. Weyant as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Michael D. Weyant disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

                                      <u>s/ Yvette Kane</u>
                                      Yvette Kane
                                      United States District Judge

Date: November 7, 2014